# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SUE HERUBIN-ARMSTRONG,<br><br>          Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>          Defendant. | Case No. ED CV 12-2212 MRW<br><br>JUDGMENT |

The decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: September 20, 2013

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin, who recently became the Acting Commissioner, is substituted for her predecessor, Michael J. Astrue. See Fed. R. Civ. P. 25(d).